**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VIVEK SHAH,

    Plaintiff,

        v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 20-cv-03355

Honorable Gary S. Feinerman

Magistrate Judge: Honorable Young B. Kim

**EXHIBIT A TO E. BASS**
**DECLARATION IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS**

**(REDACTED VERSION)**

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]