**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIVEK SHAH,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 20-cv-03355<br><br>Honorable Gary S. Feinerman<br><br>Magistrate Judge: Honorable Young B. Kim |

**EXHIBIT B TO E. BASS
DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

**(REDACTED VERSION)**

[REDACTED]

[REDACTED]

[REDACTED]